# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2022

## NO.  03-21-00567-CV

**Scott D. McHenry, Appellant**

**v.**

**Lonnie S. Jones, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 5, 2021.  Having reviewed the record, the Court holds that Scott D. McHenry has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.